**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ Northern District of Texas _____

Case number (if known): _____   Chapter ___7___

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | Stephanie Morris Nissan of Durango LLC |
| **2. All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | Stephanie Morris Nissan Durango |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 7 – 4 7 7 9 0 1 2 |

**4. Debtor's address**

**Principal place of business**

3815 NW Pkwy
Number     Street

Dallas, TX 75225
City                     State     ZIP Code

Dallas
County

**Mailing address, if different from principal place of business**

_____
Number          Street

_____
City                State     ZIP Code

**Location of principal assets, if different from principal place of business**

20704 US Hwy 160 W
Number          Street

Durango, CO 81301
City                State     ZIP Code

| | |
|---|---|
| **5. Debtor's website (URL)** | www.stephaniemorrisnissandurango.com |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor  Stephanie Morris Nissan of Durango LLC

Name

Case number *(if known)* _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

____  ____  ____  ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes. Debtor     SEE ATTACHMENT 10-1      Relationship _____

District _____     When _____
MM / DD / YYYY

Case number, if known _____

Debtor    Stephanie Morris Nissan of Durango LLC _____    Case number (if known) _____
              Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>    Number     Street<br>_____<br>_____<br>    City     State  ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>           Contact name _____<br>           Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49  ☑ 50-99  ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999  ☐ 10,001-25,000  ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000  ☐ $1,000,001-$10 million  ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☑ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor      Stephanie Morris Nissan of Durango LLC                                    Case number *(if known)*
Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**      Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    02/01/2024
MM/ DD/ YYYY

X   /s/ Chad Morris                                              Chad Morris
Signature of authorized representative of debtor          Printed name

Title            COO

**18. Signature of attorney**

X            /s/ Robert T DeMarco            Date   02/01/2024
Signature of attorney for debtor                          MM/ DD/ YYYY

Robert T DeMarco
Printed name

DeMarco Mitchell, PLLC
Firm name

500 N. Central Expressway Suite 500
Number        Street

Plano                                        TX        75074
City                                         State     ZIP Code

(972) 578-1400                               robert@demarcomitchell.com
Contact phone                                Email address

24014543                                     TX
Bar number                                   State

# ATTACHMENT 10-1

| | | | |
|---|---|---|---|
| **Debtor** | Stephanie Morris Nissan LLC | **Relationship** | Affiliate |
| **District** | Northern District of Texas, Dallas Div. | **When** | February 1, 2024 |
| **Case number, if known** | | | |

| | | | |
|---|---|---|---|
| **Debtor** | Stephanie Morris Real Estate Investments - Durango, LLC | **Relationship** | Affiliate |
| **District** | Northern District of Texas, Dallas Div. | **When** | February 1, 2024 |
| **Case number, if known** | | | |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

IN RE:                                                                          CHAPTER **7**

**Stephanie Morris Nissan of Durango LLC**

DEBTOR(S)                                                                     CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Stephanie Morris** 3815 NW Pkwy Dallas, TX 75225 | Principal | | 100 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **COO** _____ of the _____ **Nonpublic Corporation** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **02/01/2024** _____          Signature: /s/ Chad Morris _____
                                                                                 *Chad Morris, COO*

<div style="border:1px solid black; padding:8px;">

**Fill in this information to identify the case:**

Debtor name _____Stephanie Morris Nissan of Durango LLC_____

United States Bankruptcy Court for the:

_____Northern District of Texas_____

Case number (if known): _____

</div>

☐ Check if this is an
amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### ▮ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___02/01/2024___          **X** /s/ Chad Morris_____
       MM/  DD/  YYYY          Signature of individual signing on behalf of debtor

                                  Chad Morris_____
                                  Printed name

                                  COO_____
                                  Position or relationship to debtor

Fill in this information to identify the case:

Debtor Name **Stephanie Morris Nissan of Durango LLC**

United States Bankruptcy Court for the: **Northern**   District of **Texas**
(State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|

2. **Cash on hand** | $350.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Equity** | **Checking account** | **6   7   9   8** | $0.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____  _____

   4.2 _____  _____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.  | $350.00

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   **Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____  _____

   7.2 _____  _____

Debtor    **Stephanie Morris Nissan of Durango LLC**
_____          Case number *(if known)* _____
          Name

---

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

      Description, including name of holder of prepayment

      8.1    _____          _____

      8.2    _____          _____

9.    **Total of Part 2**

      Add lines 7 through 8. Copy the total to line 81.                              | _____ |

---

**Part 3:**    Accounts receivable

---

10.   **Does the debtor have any accounts receivable?**

      ☑ No. Go to Part 4.

      ☐ Yes. Fill in the information below.

                                                                          **Current value of
                                                                          debtor's interest**

11.   **Accounts receivable**

      11a. 90 days old or less:   _____  -  _____  =..... ➡          _____
                                   face amount         doubtful or uncollectible accounts

      11b. Over 90 days old:      _____  -  _____  =..... ➡          _____
                                   face amount         doubtful or uncollectible accounts

12.   **Total of Part 3**

      Current value on lines 11a + 11b = line 12. Copy the total to line 82.           | _____ |

---

**Part 4:**    Investments

---

13.   **Does the debtor own any investments?**

      ☑ No. Go to Part 5.

      ☐ Yes. Fill in the information below.

                                                          **Valuation method used        Current value of
                                                          for current value**            debtor's interest**

14.   **Mutual funds or publicly traded stocks not included in Part 1**

      Name of fund or stock:

      14.1  _____          _____        _____

      14.2  _____          _____        _____

15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
      including any interest in an LLC, partnership, or joint venture**

      Name of entity:                                 % of
                                                      ownership:

      15.1. _____    _____    _____    _____

      15.2. _____    _____    _____    _____

16.   **Government bonds, corporate bonds, and other negotiable and non-negotiable
      instruments not included in Part 1**

      Describe:

---

Debtor    **Stephanie Morris Nissan of Durango LLC**                    Case number *(if known)* _____
          Name

| | | | | |
|---|---|---|---|---|
| 16.1 | _____ | | _____ | _____ |
| 16.2 | _____ | | _____ | _____ |

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83. | | | | | _____ |

---

**Part 5:**   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.

    ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| 20. **Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| Parts Inventory - See Attachment 21 | MM / DD / YYYY | unknown | _____ | $346,664.00 |
| 22. **Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84. | | | | | $346,664.00 |

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes.  Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

**Part 6:**   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

Debtor    **Stephanie Morris Nissan of Durango LLC**
　　　　　　　Name　　　　　　　　　　　　　　　　　　　　　　　　Case number *(if known)*

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| | | | |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85. 　　　　　　　　　　　　　　　　　　　　　　　┌──────────┐
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　└──────────┘

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

　　☐ No

　　☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.　Book value _____　Valuation method _____　Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |

Debtor   **Stephanie Morris Nissan of Durango LLC**                          Case number *(if known)* _____
         <small>Name</small>

| | | | |
|---|---|---|---|
| See Attachment 39, 40 and 41 | unknown | | $222,468.00 |

**40.**  **Office fixtures**

| | | | |
|---|---|---|---|
| See Attachment 39, 40 and 41 | unknown | | $27,527.00 |

**41.**  **Office equipment, including all computer equipment and communication systems equipment and software**

| | | | |
|---|---|---|---|
| See Attachment 39, 40 and 41 | unknown | Net Depreciated Value | $225,063.00 |
| See Attachment 39, 40 and 41 | unknown | Net Depreciated Value | $18,500.00 |

**42.**  **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1 _____

42.2 _____

42.3 _____

**43.**  **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| $493,558.00 |
|---|

**44.**  **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45.**  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 8:**      Machinery, equipment, and vehicles

**46.**  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.**  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | _____ | _____ | _____ |
| 47.2 _____ | _____ | _____ | _____ |
| 47.3 _____ | _____ | _____ | _____ |
| 47.4 _____ | _____ | _____ | _____ |

---

Debtor    **Stephanie Morris Nissan of Durango LLC**                    Case number *(if known)* _____
          Name

48. **Watercraft, trailers, motors, and related accessories** Examples:
    Boats, trailers, motors, floating homes, personal watercraft, and fishing
    vessels

    48.1 _____    _____  _____  _____

    48.2 _____    _____  _____  _____

49. **Aircraft and accessories**

    49.1 _____    _____  _____  _____

    49.2 _____    _____  _____  _____

50. **Other machinery, fixtures, and equipment (excluding farm
    machinery and equipment)**

    _____    _____  _____  _____

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.                    | _____ |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

**Part 9:**    Real property

54. **Does the debtor own or lease any real property?**

    ☑ No. Go to Part 10.
    ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such<br>as Assessor Parcel Number (APN), and type of<br>property (for example, acreage, factory,<br>warehouse, apartment or office building), if<br>available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br><br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    | _____ |

Debtor    **Stephanie Morris Nissan of Durango LLC**                           Case number *(if known)* _____
           Name

---

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

   ☑ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

   ☑ No
   ☐ Yes

**Part 10:**    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☑ No. Go to Part 11.
   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10**

   Add lines 60 through 65. Copy the total to line 89.                    _____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

   ☑ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

   ☑ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

   ☑ No
   ☐ Yes

**Part 11:**    All other assets

---

Debtor   **Stephanie Morris Nissan of Durango LLC**

_____   Case number *(if known)* _____

Name

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ − _____ = ➡   _____

Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   _____

_____   Tax year _____   _____

_____   Tax year _____   _____

73. **Interests in insurance policies or annuities**

_____   _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   _____

**Nature of claim**   _____

**Amount requested**   _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Claims against NMAC, Nissan USA, and related affiliates for: (a) Section 1983 racial discrimination, (b) breach of duty of good faith and fair dealing inherent in a franchisor/franchisee relationship, (c) fraud, (d) breach of franchise agreements, an   **unknown**

**Nature of claim**   _____

**Amount requested**   _____**unknown**_____

76. **Trusts, equitable or future interests in property**

_____   _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____   _____

_____   _____

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.   _____

---

Debtor    **Stephanie Morris Nissan of Durango LLC**                    Case number *(if known)* _____
      Name

---

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

**Part 12:**    Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.   **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $350.00 | |
| 81.   **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82.   **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83.   **Investments.** *Copy line 17, Part 4.* | | |
| 84.   **Inventory.** *Copy line 23, Part 5.* | $346,664.00 | |
| 85.   **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86.   **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $493,558.00 | |
| 87.   **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88.   **Real property.** *Copy line 56, Part 9* ......................................................➔ | | _____ |
| 89.   **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90.   **All other assets.** *Copy line 78, Part 11.* | + unknown | |
| 91.   **Total.** *Add lines 80 through 90 for each column.*...........................91a. | $840,572.00 | + 91b. _____ |
| 92.   **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................ | | $840,572.00 |

**Fill in this information to identify the case:**

Debtor name ___Stephanie Morris Nissan of Durango LLC___

United States Bankruptcy Court for the: ___Northern___   District of ___Texas___
                                                                                        (State)

Case number (if known): _____

☐ Check if this is an
   amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

1.  **Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

| **Part 1:** | List Creditors Who Have Secured Claims |
|---|---|

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**2.1**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | $1,677,083.34 | unknown |
|---|---|---|---|
| NMAC's Bankruptcy Department | | | |

**Creditor's mailing address**

PO Box 660366

Dallas, TX 75266-0366

**Creditor's email address, if known**

**Describe the lien**

Capital Loan

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** ___4/28/2023___

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** __1__ __4__ __1__ __5__

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Contingent
☐ Unliquidated
☐ Disputed

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                     $5,431,108.60

Debtor   Stephanie Morris Nissan of Durango LLC
_____      Case number (if known) _____
         Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.2   Creditor's name**

NMAC's Bankruptcy Department

**Creditor's mailing address**

PO Box 660366

Dallas, TX 75266-0366

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**   4   2   8   9

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.   Specify each creditor, including this creditor, and its relative priority.

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

Floorplan

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,754,025.26            unknown

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page _2_ of _2_

Fill in this information to identify the case:

Debtor name _____ Stephanie Morris Nissan of Durango LLC _____

United States Bankruptcy Court for the:

_____ Northern District of Texas _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
    ☑ No. Go to Part 2.
    ☐ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address _____ _____ _____ <br><br> **Date or dates debt was incurred** _____ <br><br> **Last 4 digits of account number** __ __ __ __ <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ____ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _____ <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | _____ | _____ |
| **2.2** Priority creditor's name and mailing address _____ _____ _____ <br><br> **Date or dates debt was incurred** _____ <br><br> **Last 4 digits of account number** __ __ __ __ <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ____ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _____ <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | _____ | _____ |

| Debtor | Stephanie Morris Nissan of Durango LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

1st Respond First Aid

P.O. BOX 3571

Grand Junction, CO 81502

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☒ No
☐ Yes

**$46.50**

---

**3.2** Nonpriority creditor's name and mailing address

Abe Tex Hauling

670 LOUIS HANNAH BLVD

Round Rock, TX 78664

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☒ No
☐ Yes

**$181.99**

---

**3.3** Nonpriority creditor's name and mailing address

Agora Data, Inc.

c/o Christine M. Manzo
Courthouse Tower 25th Floor

44 W Flagler Street

Miami, FL 33130

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Breach of Contract

Is the claim subject to offset?
☒ No
☐ Yes

**unknown**

---

**3.4** Nonpriority creditor's name and mailing address

Agoratrade, LLC

c/o Christine M. Manzo
Courthouse Tower 25th Floor

44 W Flagler Street

Miami, FL 33130

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Breach of Contract

Is the claim subject to offset?
☒ No
☐ Yes

**unknown**

Debtor    **Stephanie Morris Nissan of Durango LLC**                              Case number *(if known)* _____

Name

| **Part 2:** | Additional Page |
|---|---|

---

**3.5** | Nonpriority creditor's name and mailing address

**ALSCO**

**PO Box 1288**

**Farmington, NM 87499**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$2,763.39

---

**3.6** | Nonpriority creditor's name and mailing address

**Amazon**

**410 Terry Avenue N.**

**Seattle, WA 98109**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$109.60

---

**3.7** | Nonpriority creditor's name and mailing address

**American Express**

**Correspondence/Bankruptcy**

**PO Box 981535**

**El Paso, TX 79998-1535**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revolving Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$4,548.18

---

**3.8** | Nonpriority creditor's name and mailing address

**American Telcom**

**1460 FLORIDA RD**

**Durango, CO 81301**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$4,000.00

---

| Debtor | **Stephanie Morris Nissan of Durango LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,976.88
---|---|---|---

American Tire Distributors

PO Box 741443

Los Angeles, CA 90074-1443

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown
---|---|---|---

Anthony Lucero

c/o Joseph Azbell

114 N. Spruce Street, 100

Grand Junction, CO 81501

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Wage Dispute

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.80
---|---|---|---

Auto Brite

P.O. BOX 91297

Albuquerque, NM 87199-1297

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,601.70
---|---|---|---

Autozone

P.O. Box 791409

Baltimore, MD 21279-1409

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Stephanie Morris Nissan of Durango LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

**3.13** Nonpriority creditor's name and mailing address

Bessai Parmach

c/o Joseph Azbell

114 N. Spruce Street, 100

Grand Junction, CO 81501

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Wage Dispute

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.14** Nonpriority creditor's name and mailing address

Bob's Truck Parts & Hoses

434 TURNER DR., UNIT 4

Durango, CO 81301

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$11.70

---

**3.15** Nonpriority creditor's name and mailing address

Brantley BG Distributing

2214 SANFORD DR., #3

Grand Junction, CO 81505

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$738.25

---

**3.16** Nonpriority creditor's name and mailing address

Carfax

16630 COLLECTION CENTER DRIVE

Chicago, IL 60693

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,398.00

---

Debtor    **Stephanie Morris Nissan of Durango LLC**                          Case number *(if known)* _____
          Name

---

**Part 2:**  Additional Page

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $99.00
| | *Check all that apply.* |
| **Carsforsale.com** | ☐ Contingent |
| | ☐ Unliquidated |
| **PO Box 91537** | ☐ Disputed |
| **Sioux Falls, SD 57109** | |
| | **Basis for the claim:**  Vendor |
| Date or dates debt was incurred  _____ | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number  __ __ __ __ | ☐ Yes |

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $141.34
| | *Check all that apply.* |
| **Cascade Bottled Water** | ☐ Contingent |
| | ☐ Unliquidated |
| **214 S FAIRVIEW AVE** | ☐ Disputed |
| **Farmington, NM 87401** | |
| | **Basis for the claim:**  Vendor |
| Date or dates debt was incurred  _____ | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number  __ __ __ __ | ☐ Yes |

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,450.00
| | *Check all that apply.* |
| **Christen White** | ☐ Contingent |
| | ☐ Unliquidated |
| **7245 LA CANTERA DRIVE** | ☐ Disputed |
| **Fort Worth, TX 76108** | |
| | **Basis for the claim:**  Vendor |
| Date or dates debt was incurred  _____ | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number  __ __ __ __ | ☐ Yes |

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $167.00
| | *Check all that apply.* |
| **Cole Group** | ☐ Contingent |
| | ☐ Unliquidated |
| **P.O. Box 4458** | ☐ Disputed |
| **Houston, TX 77210-4458** | |
| | **Basis for the claim:**  Vendor |
| Date or dates debt was incurred  _____ | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number  __ __ __ __ | ☐ Yes |

---

| Debtor | **Stephanie Morris Nissan of Durango LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 2:**  Additional Page

---

**3.21**  **Nonpriority creditor's name and mailing address**

Dash-Topper

615 W KNOX ROAD

Tempe, AZ 85284

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$440.00

---

**3.22**  **Nonpriority creditor's name and mailing address**

Dealer Alchemist

9233 PARK MEADOWS DRIVE

Lone Tree, CO 80124

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,298.00

---

**3.23**  **Nonpriority creditor's name and mailing address**

Dealertrack

P.O. BOX 6129

New York, NY 10249-6129

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,012.91

---

**3.24**  **Nonpriority creditor's name and mailing address**

Donald Justin Alston

PO Box 34

Ignacio, CO 81137

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$750.00

---

| Debtor | **Stephanie Morris Nissan of Durango LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**Part 2:** Additional Page

**3.25** Nonpriority creditor's name and mailing address

Durango Motor Company

1200 CARBON JUNCTION

Durango, CO 81301

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

Is the claim subject to offset?
☑ No
☐ Yes

$1,989.30

---

**3.26** Nonpriority creditor's name and mailing address

Durango Premier Auto Care

138 BODO DR

Durango, CO 81303

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

Is the claim subject to offset?
☑ No
☐ Yes

$60.16

---

**3.27** Nonpriority creditor's name and mailing address

Durango Truck Accessories

29465 HWY 160 E

Durango, CO 81301

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

Is the claim subject to offset?
☑ No
☐ Yes

$2,909.00

---

**3.28** Nonpriority creditor's name and mailing address

Fastenal Company

PO Box 978

Winona, MN 55987-0978

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

Is the claim subject to offset?
☑ No
☐ Yes

$1,655.76

| Debtor | **Stephanie Morris Nissan of Durango LLC** | | Case number *(if known)* |
|--------|---------|---|---|
| | Name | | |

| **Part 2:** | Additional Page |
|---|---|

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,198.00

**Fixed Ops Digital**

**5340 S QUEBEC ST**

**Englewood, CO 80111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,590,917.93

**FMF**

**800 W Yamato Dr.**

**Boca Raton, FL 33431**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Production Loan (service contracts)

Date or dates debt was incurred    10/17/2022

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,116.00

**Foundation Direct**

**PO Box 4833**

**Ashburn, VA 20148**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.00

**Fuelman**

**PO Box 70887**

**Charlotte, NC 28272-0887**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Stephanie Morris Nissan of Durango LLC**                                     Case number *(if known)* _____
              Name

---

| **Part 2:** | Additional Page |
|---|---|

---

| **3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,189.49 |
|---|---|---|---|
| | HooDoo Glass | ☐ Contingent | |
| | 1210 N NUTTON AVE. SUITE C | ☐ Unliquidated | |
| | Farmington, NM 87402 | ☐ Disputed | |
| | | **Basis for the claim:**  Vendor | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☑ No  ☐ Yes | |

---

| **3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120.59 |
|---|---|---|---|
| | Interstate Battery | ☐ Contingent | |
| | 2486 COMMERCE BLVD # D | ☐ Unliquidated | |
| | Grand Junction, CO 81505 | ☐ Disputed | |
| | | **Basis for the claim:**  Vendor | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☑ No  ☐ Yes | |

---

| **3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,000.00 |
|---|---|---|---|
| | IPD Agency | ☐ Contingent | |
| | 4042 PARK OAKS BLVD, SUITE 420 | ☐ Unliquidated | |
| | Tampa, FL 33610 | ☐ Disputed | |
| | | **Basis for the claim:**  Vendor | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☑ No  ☐ Yes | |

---

| **3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $854.38 |
|---|---|---|---|
| | J&T Distributing | ☐ Contingent | |
| | 550 E ANIMAS ST | ☐ Unliquidated | |
| | Farmington, NM 87401 | ☐ Disputed | |
| | | **Basis for the claim:**  Vendor | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☑ No  ☐ Yes | |

---

Debtor  **Stephanie Morris Nissan of Durango LLC**                                    Case number *(if known)* _____
     Name

---

**Part 2:**  Additional Page

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$167.60** |
|---|---|---|---|

Jacco Distributing

14055 ROAD 21 3

Cortez, CO 81321

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$475.00** |
|---|---|---|---|

Jimbos Towing

PO Box 1368

Durango, CO 81303

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

Kian Khalooghli

c/o Joseph Azbell

114 N. Spruce Street, 100

Grand Junction, CO 81501

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Wage Litigation

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$449.54** |
|---|---|---|---|

La Plata Electric Assoc.

PO Box 2750

Durango, CO 81302

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor **Stephanie Morris Nissan of Durango LLC**

Name

Case number *(if known)* _____

---

| Part 2: | Additional Page |
|---|---|

---

**3.41** Nonpriority creditor's name and mailing address

**LKQ Central**

**1355 W 52ND AVE**

**Denver, CO 80221**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$5,583.38

---

**3.42** Nonpriority creditor's name and mailing address

**Lucero, Debra**

**128 CR 516**

**81137**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Breach of Contract**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.43** Nonpriority creditor's name and mailing address

**Madison Advance**

**83 Wooster Hts**

**Danbury, CT 06810-7548**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Monies Loaned**

Is the claim subject to offset?
☑ No
☐ Yes

$275,000.00

---

**3.44** Nonpriority creditor's name and mailing address

**Max Digital, LLC**

**833 W JACKSON BLVD., SUITE 200**

**Chicago, IL 60607**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$4,217.70

---

| Debtor | Stephanie Morris Nissan of Durango LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

**3.45** Nonpriority creditor's name and mailing address

Mechanical Breakdown Protection

250 NE MULBERRY STREET

Lees Summit, MO 64086

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Vendor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$648.00

---

**3.46** Nonpriority creditor's name and mailing address

Morehart Murphy Regional Auto Center

31 Parker Avenue

Durango, CO 81303

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Vendor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$5,065.27

---

**3.47** Nonpriority creditor's name and mailing address

Mutual of Omaha

PAYMENT PROCESSING CENTER

Omaha, NE 68103-2147

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Vendor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$12,310.72

---

**3.48** Nonpriority creditor's name and mailing address

NAPA Auto Parts

PO Box 1367

Durango, CO 81302

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Vendor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$2,621.64

Debtor   **Stephanie Morris Nissan of Durango LLC**                                      Case number *(if known)* _____

      Name

---

**Part 2:**  Additional Page

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,941.06 |

**3.49** Nonpriority creditor's name and mailing address

Nissan Motor Corp

4400 REGENT BLVD

Irving, TX 75063

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☑ No
☐ Yes

**$11,941.06**

---

**3.50** Nonpriority creditor's name and mailing address

Nissan North America, Inc.

18501 S. Figueroa St.

Gardena, CA 90248

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$2,299.34**

---

**3.51** Nonpriority creditor's name and mailing address

O'Reilly Auto Stores

P.O. BOX 9464

Springfield, MO 65801-9464

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☑ No
☐ Yes

**$4,041.04**

---

**3.52** Nonpriority creditor's name and mailing address

Reynolds & Reynolds

PO Box 182206

Columbus, OH 43218-2206

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☑ No
☐ Yes

**$3,266.00**

---

Debtor   **Stephanie Morris Nissan of Durango LLC**                         Case number *(if known)* _____
_____Name_____

| **Part 2:** | Additional Page |

---

**3.53** Nonpriority creditor's name and mailing address

Roxanna Sinnig

2511 Delwood Avenue

Durango, CO 81301

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Alleged Discrimination

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.54** Nonpriority creditor's name and mailing address

Sandra Crow

c/o Nicholas H. Mattison

300 Central Ave. SW, Ste. 2000W

Albuquerque, NM 87102

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.55** Nonpriority creditor's name and mailing address

Stone Eagle F&I

PO Box 122264

Dallas, TX 75312

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$399.00

---

**3.56** Nonpriority creditor's name and mailing address

The Cowboy Coffee Company

PO Box 1331

Cortez, CO 81321

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$445.79

---

Debtor   **Stephanie Morris Nissan of Durango LLC**                               Case number *(if known)* _____
_____
Name

| **Part 2:** | Additional Page |

---

**3.57** | Nonpriority creditor's name and mailing address

**Triple Threat**

**P.O. Box 129**

**Seneca, SC 29679**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☑ No
☐ Yes

$895.00

---

**3.58** | Nonpriority creditor's name and mailing address

**True Business Funding**

**301 Mill Rd.**

**Hewlett, NY 11557**

Date or dates debt was incurred   8/10/2023

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Monies Loaned

Is the claim subject to offset?
☑ No
☐ Yes

$800,000.00

---

**3.59** | Nonpriority creditor's name and mailing address

**UPS**

**PO Box 650116**

**Dallas, TX 75265-0116**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☑ No
☐ Yes

$1,063.30

---

**3.60** | Nonpriority creditor's name and mailing address

**VIN Solutions**

**PO Box 935595**

**Atlanta, GA 31193-5595**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☑ No
☐ Yes

$2,821.00

---

Debtor **Stephanie Morris Nissan of Durango LLC**
Name

Case number *(if known)* _____

---

| **Part 2:** | Additional Page |

---

**3.61** **Nonpriority creditor's name and mailing address**

Walter Auto Loan Trust

c/o Christine M. Manzo
Courthouse Tower 25th Floor

44 W Flagler Street

Miami, FL 33130

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Breach of Contract

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.62** **Nonpriority creditor's name and mailing address**

Warranty Processing, Inc.

777 INTERNATIONAL PARKWAY

Flower Mound, TX 75022

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,661.53

---

**3.63** **Nonpriority creditor's name and mailing address**

WPL Transportation

PO Box 150147

Ogden, UT 84415-0147

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$26.13

---

**3.64** **Nonpriority creditor's name and mailing address**

ZIA Delivery & Courier

2777 HARVARD DR

Farmington, NM 87402

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$18.00

---

| Debtor | **Stephanie Morris Nissan of Durango LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

| **Part 2:** | Additional Page |
|---|---|

| **3.65** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,759.59** |
|---|---|---|---|

Zircon Container Co.

PO Box 2675

Durango, CO 81302-2675

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  **Stephanie Morris Nissan of Durango LLC**                    Case number *(if known)* _____
              Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

**4.**  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1  **Ally Bank**<br>**P.O. Box 653074**<br>**Dallas, TX 75265-3074** | Line **3.54**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2  **Colorado Civil Rights Division**<br>**1560 Broadway, Suite 825**<br>**Denver, CO 80202** | Line **3.53**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3  **Security Service FCU**<br>**15000 IH 10 West**<br>**San Antonio, TX 78249** | Line **3.54**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor   **Stephanie Morris Nissan of Durango LLC**                                    Case number *(if known)* _____
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|-------------------------------------------------------------------|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|--|--|--|
| 5a. **Total claims from Part 1** | 5a. | $0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $2,803,008.48 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $2,803,008.48 |

Fill in this information to identify the case:

Debtor name _____Stephanie Morris Nissan of Durango LLC_____

United States Bankruptcy Court for the:

_____Northern District of Texas_____

Case number (if known): _____    Chapter ___7___

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.   Does the debtor have any executory contracts or unexpired leases?

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2.  List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest _____ State the term remaining _____ List the contract number of any government contract _____ | _____ _____ _____ _____ |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest _____ State the term remaining _____ List the contract number of any government contract _____ | _____ _____ _____ _____ |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest _____ State the term remaining _____ List the contract number of any government contract _____ | _____ _____ _____ _____ |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest _____ State the term remaining _____ List the contract number of any government contract _____ | _____ _____ _____ _____ |

Fill in this information to identify the case:

Debtor name __**Stephanie Morris Nissan of Durango LLC**__

United States Bankruptcy Court for the: _____**Northern**_____ District of _____**Texas**_____
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1  Chad Morris | 3815 NW Pkwy. <br> Street <br><br> Dallas, TX 75225 <br> City          State          ZIP Code | NMAC's Bankruptcy Department | ☑ D <br> ☐ E/F <br> ☐ G |
| | | FMF | ☐ D <br> ☑ E/F <br> ☐ G |
| | | Madison Advance | ☐ D <br> ☑ E/F <br> ☐ G |
| | | Kian Khalooghli | ☐ D <br> ☑ E/F <br> ☐ G |
| | | Anthony Lucero | ☐ D <br> ☑ E/F <br> ☐ G |
| | | Bessai Parmach | ☐ D <br> ☑ E/F <br> ☐ G |
| | | Walter Auto Loan Trust | ☐ D <br> ☑ E/F <br> ☐ G |
| | | Agoratrade, LLC | ☐ D <br> ☑ E/F <br> ☐ G |

| Debtor | **Stephanie Morris Nissan of Durango LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| | | | Agora Data, Inc. | ☐ D  ☑ E/F  ☐ G |
| 2.2 | Morris, Stephanie | 3815 NW Pkwy<br>Street<br><br>Dallas, TX 75225<br>City    State    ZIP Code | Madison Advance | ☐ D  ☑ E/F  ☐ G |
| | | | Kian Khalooghli | ☐ D  ☑ E/F  ☐ G |
| | | | Anthony Lucero | ☐ D  ☑ E/F  ☐ G |
| | | | Bessai Parmach | ☐ D  ☑ E/F  ☐ G |
| | | | Walter Auto Loan Trust | ☐ D  ☑ E/F  ☐ G |
| | | | Agoratrade, LLC | ☐ D  ☑ E/F  ☐ G |
| | | | Agora Data, Inc. | ☐ D  ☑ E/F  ☐ G |
| 2.3 | Nissan Motor Acceptance | 8900 Freeport Pkwy<br>Street<br><br>Irving, TX 75063<br>City    State    ZIP Code | Lucero, Debra | ☐ D  ☑ E/F  ☐ G |
| 2.4 | Stephanie Morris | 3815 NW Pkwy<br>Street<br><br>Dallas, TX 75225<br>City    State    ZIP Code | Madison Advance | ☐ D  ☑ E/F  ☐ G |
| | | | Kian Khalooghli | ☐ D  ☑ E/F  ☐ G |
| | | | Anthony Lucero | ☐ D  ☑ E/F  ☐ G |
| | | | Bessai Parmach | ☐ D  ☑ E/F  ☐ G |

| Debtor | Stephanie Morris Nissan of Durango LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | | Walter Auto Loan Trust | ☐ D  ☑ E/F  ☐ G |
| | | | Agoratrade, LLC | ☐ D  ☑ E/F  ☐ G |
| | | | Agora Data, Inc. | ☐ D  ☑ E/F  ☐ G |
| 2.5 | Stephanie Morris Nissan LLC | 3600 S. Limit Ave.<br>Street<br><br>Sedalia, MO 65301<br>City          State          ZIP Code | Walter Auto Loan Trust | ☐ D  ☑ E/F  ☐ G |
| | | | Agoratrade, LLC | ☐ D  ☑ E/F  ☐ G |
| | | | Agora Data, Inc. | ☐ D  ☑ E/F  ☐ G |
| 2.6 | | Street<br><br><br>City          State          ZIP Code | | ☐ D  ☐ E/F  ☐ G |

# Attachment 21 to Schedule A/B

```
PD3011R              S. MORRIS NISSAN OF DURANGO     10/05/23  8:37:26
SDREH37                  Inventory Analysis
======================================================================
All Manf, All OEM Cd, All SGrp
                                  %       #    Pieces        Value
======================================================================
Active Parts: Stocked            1.7      60       59      5280.63
Active Parts: With Excess Stock  8.2     159     3120     25347.00
Active Parts: Understocked       1.0     110      297      3006.19
Active Parts: To Phase Out        .0       0        0          .00
Total Active Parts              10.8     329     3476     33633.82

Superceded With On Hand          2.1      36       71      6666.65
Inactive With On Hand           87.0    2404     7092    270619.27

Total Inventory To Sell        100.0    2769    10639    310919.74
Cores on Hand                             47       57     26415.00
Negative On Hand                           1        1        52.77

Total of Inventory                      2817    10695    337281.97
Parts on Open Repair Orders               85      132      9382.64

Value of Inventory                      2902    10827    346664.61
Not on Factory Master                   1882     1331     16463.54
Parts Without Cost                        74       12          .00
```

# Attachment 39, 40 & 41 to Schedule A/B

| 281 Buildings and Improvements | COSt | | Accumulated | Net Depreciated |
|---|---|---|---|---|
| 17-Dec Overhead Oil System | 10,421.60 | | 3,754.49 | 6,667.11 |
| EOY 2017 | | 10,421.60 | | |
| 18-Apr American Steel Building | 14,570.33 | | 5,249.11 | 9,321.22 |
| 18-Jul Electrical Junction Box | 2,535.38 | | 913.40 | 1,621.98 |
| EOY 2018 | | 17,105.71 | | |
| 281 Total | | 27,527.31 | 9,917.00 | 17,610.31 |

| 282 Machine and Shop Equipment | COSt | | Accumulated Depreciation | Net Value |
|---|---|---|---|---|
| 16-Apr Bulk Shop Equipment | 7,355.00 | | 1926.50 | 5,428.50 |
| Battery Tester | 250.00 | | 65.48 | 184.52 |
| Headlight Lens Repairer | 93.50 | | 24.49 | 69.01 |
| Autobrite Steam Cleaner | 747.00 | | 195.66 | 551.34 |
| Tire Pressure Monitor | 705.00 | | 184.66 | 520.34 |
| Tech Cam Video | 244.00 | | 63.91 | 180.09 |
| Nissan Tire Changer | 3,144.00 | | 823.51 | 2,320.49 |
| Nissan Leaf Tools | 6,744.00 | | 1766.46 | 4,977.54 |
| Nissan Lift Table | 3,822.00 | | 1001.10 | 2,820.90 |
| Leaf Charging Stations | 1,129.00 | | 295.72 | 833.28 |
| Compressor | 2,047.00 | | 536.17 | 1,510.83 |
| Nissan AC Charger | 2,700.00 | | 707.21 | 1,992.79 |
| Fault Code Tester | 230.00 | | 60.24 | 169.76 |
| Electric Code Tester | 230.00 | | 60.24 | 169.76 |
| Floor Jack | 187.00 | | 48.98 | 138.02 |
| Genysis Scan Tool | 1,430.00 | | 374.56 | 1,055.44 |

| | | | |
|---|---|---|---|
| Nissan System Calibrator | 1,415.00 | 370.63 | 1,044.37 |
| 16-Jun Nissan Programming Tool | 724.00 | 189.64 | 534.36 |
| 16-Sep Tire Changer | 8,427.00 | 2207.29 | 6,219.71 |
| Nissan Consult Kit | 6,783.00 | 1776.68 | 5,006.32 |
| Nissan Small Tools | 604.00 | 158.21 | 445.79 |
| 16-Dec Matco Scanner | 948.00 | 248.31 | 699.69 |
| Nissan Transmitter Jack | 827.00 | 216.62 | 610.38 |
| Nissan Evap/Smoke Test | 3,722.00 | 974.91 | 2,747.09 |
| EOY 2016 | | 54,507.50 | |
| 17-Jan Nissan Essential Tools | 2,644.82 | 092.76 | 1,952.06 |
| 17-Apr Nissan CVT Kit | S47.22 | 143.33 | 403.89 |
| 17-Sep Nissan Battery Tester | 1,938.47 | 507.74 | 1,430.73 |
| Nissan Essential Tools | 1,533.07 | 401.56 | 1,131.51 |
| 17-Nov Nissan Harness Kit | 1,184.82 | 310.34 | 874.48 |
| 17-Dec Hunter Alignment Machine | 60,983.10 | 15973.35 | 45,009.75 |
| EOY 2017 | | 68,831.50 | |
| 18-Jan Nissan Essential Tools | 2,604.92 | 682.31 | 1,922.61 |
| AC Recycler | 6,423.12 | 1682.41 | 4,740.71 |
| Alignment Adapater | 489.62 | 128.25 | 361.37 |
| 18-Feb Nissan Engine Support | 867.26 | 227.16 | 640.10 |
| Nissan AC Kit | 2,278.88 | 596.91 | 1,681.97 |
| Service Cabinets | 740.49 | 193.96 | 546.53 |

| | | Cost | | Accumulated Depreciation | Net Depreciated Value |
|---|---|---|---|---|---|
| 18-Apr | Transmission Jack | 1,275.99 | | 334.22 | 941.77 |
| | 4 Ton Crane | 826.93 | | 216.60 | 610.33 |
| 18-May | R/T Services Lifts | 44,005.50 | | 11526.39 | 32,479.11 |
| 18-Jun | Essential Tools | 1,021.11 | | 267.46 | 753.65 |
| | Essential Tools | 554.83 | | 145.33 | 409.50 |
| | Service Computer | 554.83 | | 145.33 | 409.50 |
| 18-Sep | CAL Steel Work Bench (4) | 3,216.13 | | 842.40 | 2,373.73 |
| 18-Oct | Nissan Consult 3 | 2,390.76 | | 626.21 | 1,764.55 |
| | Axle Service Kit Nissan | 1,455.85 | | 381.33 | 1,074.52 |
| 18-Dec | Employee Lounge Fridge | 1,271.04 | | 332.92 | 938.12 |
| EOY 2018 | | | 69,977.26 | | |
| 19-Oct | Electric Vehicle Charger | 8,475.57 | | 2220.01 | 6,255.56 |
| 19-Dec | Nissan Harness Kit for New Models | 1,259.98 | | 330.03 | 929.9S |
| EOY 2019 | | | 9,735.55 | | |
| **282 Total** | | | **203,051.81** | **53,185.51** | **149,866.30** |
| **283 Parts and Equipment** | | **COSt** | | Accumlated **Depreciation** | **Net** Depreciated Value |
| 18-Feb | Parts Bins | 12,015.00 | | 6,141.00 | 5,874.00 |
| EOY 2018 | | | 12,015.00 | | |
| **283 Total** | | | **12,015.00** | **6,141.00** | 5,874.00 |

| 284 Furniture and Fixtures | fIOSt | Accumlated Depreciation | Net Depreciated Value |
|---|---|---|---|
| 16-Apr Office Furniture Accounting | 16,250.00 | 2,893.35 | 13,356.65 |
| Phone System | 7,650.00 | 1,362.10 | 6,287.90 |
| CC Desk | 583.00 | 103.80 | 479.20 |
| 16-Sep Pellet Stove | 1,542.00 | 274.56 | 1,267.44 |
| EOY 2016 | 26,025.00 | | |
| 18-Jan Ideal Image Furniture Package | 97,330.87 | 17,330.01 | 80,000.86 |
| Televisions | 4,049.56 | 721.03 | 3,328.53 |
| DCI NPS Studio | 10,418.82 | 1,85S.10 | 8,563.72 |
| Speaker Pager | 1,500.00 | 267.08 | 1,232.92 |
| NPS | 8S3.76 | 152.01 | 701.75 |
| Camera System | 1,278.09 | 227.57 | 1,050.52 |
| Mood Media Tablets | 5,431.07 | 967.02 | 4,464.05 |
| Keytrack License | 2,136.30 | 380.37 | 1,755.93 |
| Keytrak Machine | 5,200.00 | 925.87 | 4,274.13 |
| 18-Feb Sobotec Feature Vehicle Display | 51,966.70 | 9,252.80 | 42,713.90 |
| EOY 2018 | 180,165.17 | | |

## 284 Electronic Office Equipment

| | fIOSt | Accumlated Depreciation | Net Depreciated Value |
|---|---|---|---|
| 16-Apr Cannon D1120 Copier | 400.00 | 71.22 | 328.78 |
| Cannon MF6590 Copier | 350.00 | 62.32 | 287.68 |
| 16-Aug Lexmark Printer | 481.00 | 85.64 | 395.36 |
| Lexmark Printer | 550.00 | 97.93 | 452.07 |
| Lexmark Printer | **550.00** | 97.93 | 452.07 |

| | | | |
|---|---|---|---|
| 16-Sep Computers | 7,355.00 | 1,309.58 | 6,045.42 |
| EOY 2016 | | 9,686.00 | |
| 17-Dec iPads Sales | 1,094.78 | 194.93 | 899.85 |
| iPads Service | 2,445.53 | 435.43 | 2,010.10 |
| WINfast Computer | 365.78 | 65.13 | 300.65 |
| Parts Computer | 430.52 | 76.66 | 353.86 |
| Finance Computer | 700.32 | 124.69 | 575.63 |
| EOY 2017 | | 5,036.93 | |
| 18-May Service Computer | 449.99 | 80.12 | 369.87 |
| Internet Sales Computer | 1,104.99 | 196.75 | 908.24 |
| EOY 2018 | | 1,SS4.98 | |
| 284 Total | **222,468.08** | **39,611.00** | **182,857.08** |

| 285 Service Units | **COSt** | **Accumlated Depreciation** | **Net Depreciated Value** |
|---|---|---|---|
| 16-Apr Kubota | 7,300.00 | 5,558.98 | 1,741.02 |
| Zircons (2) | 7,500.00 | 5,711.28 | 1,788.72 |
| 2004 Ranger Plow | 2,000.00 | 1,523.01 | 476.99 |
| Lock Boxes | 1,700.00 | 1,294.56 | 405.44 |
| EOY 2016 | | 18,500.00 | |

---

**Fill in this information to identify the case:**

Debtor name      Stephanie Morris Nissan of Durango LLC

United States Bankruptcy Court for the:

         Northern District of Texas

Case number (if known): _____     Chapter   __7__

☐ Check if this is an amended filing

---

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

<div style="background:black;color:white">**Part 1:**</div> Summary of Assets

**1. Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   **1a. Real Property:**

     Copy line 88 from *Schedule A/B*.................................................................................. | $0.00 |

   **1b. Total personal property:**

     Copy line 91A from *Schedule A/B*.............................................................................. | $840,572.00 |

   **1c. Total of all property:**

     Copy line 92 from *Schedule A/B*................................................................................ | $840,572.00 |

<div style="background:black;color:white">**Part 2:**</div> Summary of Liabilities

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | $5,431,108.60 |

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**

     Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................... | $0.00 |

   **3b. Total amount of claims of non-priority amount of unsecured claims:**

     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................... | + $2,803,008.48 |

**4. Total liabilities**.................................................................................................................... | $8,234,117.08 |

   Lines 2 + 3a + 3b

---

Fill in this information to identify the case:

Debtor name ___Stephanie Morris Nissan of Durango LLC___

United States Bankruptcy Court for the:
___Northern District of Texas___

Case number (if known): _____

☐ Check if this is an
   amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:  Income

1.  **Gross revenue from business**

    ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2024 to Filing date   MM/ DD/ YYYY | ☑ Operating a business ☐ Other _____ | $0.00 |
| **For prior year:** From 01/01/2023 to 12/31/2023   MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business ☐ Other _____ | $11,022,673.00 |
| **For the year before that:** From 01/01/2022 to 12/31/2022   MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business ☐ Other _____ | $12,367,526.00 |

2.  **Non-business revenue**

    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☑ None

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2024 to Filing date   MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** From 01/01/2023 to 12/31/2023   MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** From 01/01/2022 to 12/31/2022   MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |

Debtor    Stephanie Morris Nissan of Durango LLC

Name    Case number *(if known)*

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____ <br><br> Creditor's name <br><br> _____ <br><br> Street <br><br> _____ <br><br> City          State     ZIP Code | _____ <br><br> _____ <br><br> _____ | _____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ <br><br> Creditor's name <br><br> _____ <br><br> Street <br><br> _____ <br><br> City          State     ZIP Code <br><br> **Relationship to debtor** <br><br> _____ | _____ <br><br> _____ <br><br> _____ | _____ | _____ <br><br> _____ <br><br> _____ |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Debtor    Stephanie Morris Nissan of Durango LLC _____    Case number *(if known)* _____
      Name

5.1.  NMAC _____    See attached. _____    _____    _____
      Creditor's name

      8900 Freeport Pkwy. _____
      Street

      _____

      Irving, TX 75063 _____
      City          State    ZIP Code

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____  Creditor's name _____  Street _____  _____  City          State    ZIP Code | XXXX– __ __ __ | _____ | _____ |

<div style="background:black;color:white;display:inline-block;padding:2px 6px;">Part 3:</div> Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. See Attached _____  Case number _____ | _____ | See Attached _____  Name _____  Street _____  _____  City          State    ZIP Code | ☑ Pending  ☐ On appeal  ☐ Concluded |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor    Stephanie Morris Nissan of Durango LLC            Case number *(if known)*

Name

| 8.1. | **Custodian's name and address** | **Description of the property** | **Value** |
|---|---|---|---|

Custodian's name

**Case title**

**Court name and address**

Street

Name

**Case number**

Street

City      State    ZIP Code

**Date of order or assignment**

City      State    ZIP Code

---

**Part 4:**   Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| 9.1. | **Recipient's name and address** | **Description of the gifts or contributions** | **Dates given** | **Value** |
|---|---|---|---|---|

Recipient's name

Street

City      State    ZIP Code

**Recipient's relationship to debtor**

---

**Part 5:**   Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| **Description of the property lost and how the loss occurred** | **Amount of payments received for the loss** <br> If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. <br><br> List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | **Date of loss** | **Value of property lost** |
|---|---|---|---|
| 10.1. | | | |

---

**Part 6:**   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

Debtor    Stephanie Morris Nissan of Durango LLC
          Name

Case 24-30311-swe7    Doc 1    Filed 02/01/24    Entered 02/01/24 21:31:57    Desc Main
          Document       Page 54 of 82    Case number *(if known)*

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | DeMarco Mitchell, PLLC | Attorney's Fee | 09/12/2023 | $9,662.00 |

| **Address** |
|---|

500 N. Central Expressway Suite 500
Street

Plano, TX 75074
City          State    ZIP Code

| **Email or website address** |
|---|

| **Who made the payment, if not debtor?** |
|---|

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |

| **Trustee** |
|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

Debtor   Stephanie Morris Nissan of Durango LLC                              Case number *(if known)*
_____
         Name

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | _____ | | | |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:**   Previous Locations

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ | From _____  To _____ |
| Street | |
| _____ | |
| _____ | |
| City          State    ZIP Code | |

---

**Part 8:**   Health Care Bankruptcies

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ | _____ | _____ |
| Facility name | | |
| _____ | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| Street | | |
| _____ | | *Check all that apply:* |
| City          State    ZIP Code | _____ | ☐ Electronically |
| | _____ | ☐ Paper |

---

Official Form 207      **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**      page **6**

Debtor    Stephanie Morris Nissan of Durango LLC                                      Case number *(if known)*
              Name

---

| **Part 9:** | Personally Identifiable Information |

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☑ No

☐ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

---

| **Part 10:** | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br> City          State      ZIP Code | XXXX– _ _ _ _ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other <br> _____ | _____ | _____ |

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

---

Debtor    Stephanie Morris Nissan of Durango LLC                                    Case number *(if known)*
          Name

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | Address | | |
| | City          State     ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | Address | | |
| | City          State     ZIP Code | | | |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| City          State     ZIP Code | | | |

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- ■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- ■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- ■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor   Stephanie Morris Nissan of Durango LLC _____   Case number *(if known)* _____
         Name

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | Name _____ | _____ | ☐ On appeal |
| | Street _____ | _____ | ☐ Concluded |
| _____ | _____ | _____ | |
| | City          State    ZIP Code | | |

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name | Name | _____ | |
| Street | Street | _____ | |
| _____ | _____ | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | |
| Name | Name | _____ | |
| Street | Street | _____ | |
| _____ | _____ | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

Debtor   Stephanie Morris Nissan of Durango LLC                          Case number *(if known)*
         Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. Net Profit Growth<br>Name<br>3815 NW Pkwy<br>Street<br><br>Dallas, TX 75225<br>City           State      ZIP Code | | EIN: _ _ – _ _ _ _ _ _ _<br>**Dates business existed**<br>From _____   To _____ |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.2. Stephanie Morris Nissan of Durango LLC<br>Name<br>20704 US Hwy. 160 W<br>Street<br><br>Durango, CO 81301<br>City           State      ZIP Code | | EIN: 8 7 – 4 7 7 9 0 1 2<br>**Dates business existed**<br>From _____   To _____ |

## 26. Books, records, and financial statements

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Sherry Drehobl<br>Name<br><br>Street<br><br>Ft Worth, TX<br>City                State          ZIP Code | From 4/15/2023   To present |
| 26a.2. Kim Rider<br>Name<br>674 E 142nd St.<br>Street<br><br>Glenpool, OK 74033<br>City                State          ZIP Code | From 3/10/2023   To 5/1/2023 |
| 26a.3. Glenn Kegin<br>Name<br>2118 N. Broadway<br>Street<br><br>Shawnee, OK 74804<br>City                State          ZIP Code | From 3/10/2023   To 5/1/2023 |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

Debtor  Stephanie Morris Nissan of Durango LLC _____  Case number *(if known)* _____
                Name

| Name and address | | | Dates of service |
|---|---|---|---|
| 26b.1. | | | From _____ To _____ |
| Name | | | |
| Street | | | |
| City | State | ZIP Code | |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| Christine White | Shew has 4 boxes of tax |
| Name | documents/employee records |
| 7425 La Cantera | |
| Street | |
| | |
| Fort Worth, TX 76108 | |
| City          State          ZIP Code | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. |
| Name |
| Street |
| City          State          ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Sherry Drehobl | | $0.00 |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name |
| Street |
| Ft. Worth, TX |
| City          State          ZIP Code |

Debtor    Stephanie Morris Nissan of Durango LLC                                    Case number *(if known)* _____
_____
Name

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Stephanie Morris | 3815 NW Pkwy Dallas, TX 75225 | Principal/Dealer, | 100.00% |
| Chad Morris | 3815 NW Pkwy. Dallas, TX 75225 | Coo, 0 | 0.00% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | ,_____ | From _____ <br> To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br> City            State         ZIP Code <br><br> **Relationship to debtor** <br> _____ | _____ | _____ | _____ |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

**Part 14:** Signature and Declaration

Debtor    Stephanie Morris Nissan of Durango LLC _____    Case number *(if known)* _____
       Name

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 02/01/2024 _____
            MM/  DD/  YYYY

**X** /s/ Chad Morris _____              Printed name _____ Chad Morris _____
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor _____ COO _____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes

## Attachment 3.3 to SOFA

| Stephanie Morris Nissan of Durango, LLC | | |
|---|---|---|
| | | |
| Kian Khalooghli (d/b/a Radio Payam), an individual; Anthony Lucero; and Bessai Parmach v. Stephanie Morris Nissan of Durango LLC, a Texas limited liability company; Stephanie Morris; and Chad Morris | District Court, La Plata County, Colorado<br><br>Case No.:  2022CV30145 | Unpaid wages<br><br>Settled |
| | c/o Joseph Azbell<br>Doehling Law<br>114 N. Spruce Street, 100<br>Grand Junction, CO 81501 | |
| | | |
| Roxanna Sinnig v. Stephanie Morris Nissan of Durango, LLC d/b/a Stephanie Morris Nissan | Colorado Civil Rights Division<br><br>Charge Number: E2300016818 | Discrimination<br><br>Pending |
| | Colorado Civil Rights Division<br>1560 Broadway, Suite 825<br>Denver, CO 80202<br><br>Roxanna Sinnig<br>2511 Delwood Avenue<br>Durango, CO 81301 | |
| | | |
| Lucero, Debra vs. Stephanie Morris Nissan of Durango, LLC and Nissan Motor Acceptance Company, LLC | JAMS Arbitration<br><br>CaseID#: 32858 | Breach of Contract<br><br>Pending |
| | Debra A. Lucero<br>128 CR 516<br>Ignacio, CO 81137 | |
| | | |
| Sandra Crow v. Stephanie Morris Nissan of Durango, LLC and Security Service Federal Credit Union; and Ally Bank | JAMS Arbitration<br><br>CaseID#: | Civil Theft \| Fraud \| Negligence<br><br>Pending |
| | Sandra Crow<br>20985 Rd 19<br>Lewis, CO 81327<br><br>c/o Nicholas H. Mattison<br>Feferman, Warren & Mattison<br>300 Central Ave. SW, Ste. 2000W<br>Albuquerque, NM 87102 | |
| | | |

# ATTACHMENT 5.1 TO SOFA

| VIN 6 | VIN | Year | Make | Model | FP Code |
|-------|-----|------|------|-------|---------|
| 111490 | 5N1AZ2BS3PC111490 | 2023 | NISSAN | MUR | DDL |
| 339324 | 1N4BL4CV7PN339324 | 2023 | NISSAN | ALT | DDL |
| 342689 | 1N4BL4CV7PN342689 | 2023 | NISSAN | ALT | DDL |
| 690790 | JN8AY2CD4P9690790 | 2023 | NISSAN | ARM | DDL |
| 741886 | 5N1BT3BA7PC741886 | 2023 | NISSAN | RGE | DDL |
| 750275 | 5N1BT3CB2PC750275 | 2023 | NISSAN | RGE | DDL |
| 100036 | 1N6AA1ED8PN100036 | 2023 | NISSAN | TTN | NEW |
| 102738 | 1N6AA1ED6PN102738 | 2023 | NISSAN | TTN | NEW |
| 108583 | 5N1AZ2CS8PC108583 | 2023 | NISSAN | MUR | NEW |
| 112847 | 1N6AA1ED6PN112847 | 2023 | NISSAN | TTN | NEW |
| 115025 | 1N6AA1ED1PN115025 | 2023 | NISSAN | TTN | NEW |
| 115861 | 1N6AA1ED4PN115861 | 2023 | NISSAN | TTN | NEW |
| 115949 | 1N6AA1ED7PN115949 | 2023 | NISSAN | TTN | NEW |
| 115952 | 1N6AA1ED7PN115952 | 2023 | NISSAN | TTN | NEW |
| 192534 | JN8BT3BB2PW192534 | 2023 | NISSAN | RGE | NEW |
| 210344 | 5N1DR3BD6RC210344 | 2024 | NISSAN | PTH | NEW |
| 235639 | 5N1DR3DK6PC235639 | 2023 | NISSAN | PTH | NEW |
| 250331 | 5N1DR3BD3PC250331 | 2023 | NISSAN | PTH | NEW |
| 300467 | 3N1AB8CV2PY300467 | 2023 | NISSAN | SEN | NEW |
| 306459 | 3N1AB8DV2PY306459 | 2023 | NISSAN | SEN | NEW |
| 315443 | 1N4BL4CW0RN315443 | 2024 | NISSAN | ALT | NEW |
| 316714 | 1N4BL4EW3RN316714 | 2024 | NISSAN | ALT | NEW |
| 348940 | 1N4BL4CW7PN348940 | 2023 | NISSAN | ALT | NEW |
| 371721 | 1N4BL4DV3PN371721 | 2023 | NISSAN | ALT | NEW |
| 469715 | JN8BT3CB2PW469715 | 2023 | NISSAN | RGE | NEW |
| 472223 | JN8BT3BB5PW472223 | 2023 | NISSAN | RGE | NEW |
| 475318 | JN8BT3BB9PW475318 | 2023 | NISSAN | RGE | NEW |
| 504022 | 1N4AA6FV0PC504022 | 2023 | NISSAN | MAX | NEW |
| 504024 | 1N4AA6FV4PC504024 | 2023 | NISSAN | MAX | NEW |
| 506211 | 1N4AA6FV2PC506211 | 2023 | NISSAN | MAX | NEW |
| 563796 | 3N1CP5CV1PL563796 | 2023 | NISSAN | KIX | NEW |
| 564716 | 3N1CP5CV4PL564716 | 2023 | NISSAN | KIX | NEW |
| 568190 | 3N1CP5CV1PL568190 | 2023 | NISSAN | KIX | NEW |
| 662302 | 1N6ED1EK8PN662302 | 2023 | NISSAN | 720 | NEW |
| 671387 | 1N6ED1EKXPN671387 | 2023 | NISSAN | 720 | NEW |
| 674852 | 1N6ED1EK4PN674852 | 2023 | NISSAN | 720 | NEW |
| 693725 | JN8AY2CD8P9693725 | 2023 | NISSAN | ARM | NEW |
| 769258 | 5N1BT3BB7PC769258 | 2023 | NISSAN | RGE | NEW |
| 814080 | JN8AY2DB0N9814080 | 2022 | NISSAN | ARM | NEW |

| 826233 | 5N1BT3BB3PC826233 | 2023 | NISSAN | RGE | NEW |
| 831578 | JN8AY2DB4P9831578 | 2023 | NISSAN | ARM | NEW |
| 001087 | JN8AY2ND6JX001087 | 2018 | Nissan | Armada | PONI |
| 184320 | 1N4BL4EV8LC184320 | 2020 | Nissan | Altima | PONI |
| 216003 | JN8AT3CB8MW216003 | 2021 | Nissan | Rogue | PONI |
| 256694 | 1N4BL4EV6KC256694 | 2019 | Nissan | Altima | PONI |
| 277556 | 3N1AB8BV7NY277556 | 2022 | Nissan | Sentra | PONI |
| 300389 | 1N4BL4FVXKN300389 | 2019 | Nissan | Altima | PONI |
| 301570 | 1N4BL4DW4MN301570 | 2021 | Nissan | Altima | PONI |
| 319100 | JN8AT3DD6MW319100 | 2021 | Nissan | Rogue | PONI |
| 451637 | 3N1AB7AP0KY451637 | 2019 | Nissan | Sentra | PONI |
| 501218 | 5N1DL0MN7JC501218 | 2018 | INFINITI | QX60 | PONI |
| 504641 | 3N1CP5DV6LL504641 | 2020 | Nissan | Kicks | PONI |
| 565058 | 1N6AA1EJ9HN565058 | 2017 | Nissan | Titan | PONI |
| 608182 | KNMAT2MV4GP608182 | 2016 | Nissan | Rogue | PONI |
| 612863 | 5N1DR2CM2LC612863 | 2020 | Nissan | Pathfinder | PONI |
| 661134 | JN1BJ1AW8MW661134 | 2021 | Nissan | Rogue Sport | PONI |
| 718439 | 5N1AT3BBXMC718439 | 2021 | NISSAN | RGE | PONI |
| 887952 | 3N1CN8EV9ML887952 | 2021 | Nissan | Versa | PONI |
| 011630 | 1GYFZCR43MF011630 | 2021 | Cadillac | XT4 | USED |
| 012028 | JA4AP4AU3LU012028 | 2020 | Mitsubishi | Outlander Sport | USED |
| 017430 | JA4APVAUXMU017430 | 2021 | Mitsubishi | Outlander Sport | USED |
| 027654 | JA4APUAU2MU027654 | 2021 | Mitsubishi | Outlander Sport | USED |
| 043896 | W1K3G4EB7LW043896 | 2020 | Mercedes-Benz | A-Class | USED |
| 046380 | 1G1ZD5ST6MF046380 | 2021 | Chevrolet | Malibu | USED |
| 056372 | 3VV3B7AX7MM056372 | 2021 | Volkswagen | Tiguan | USED |
| 065726 | WA1AUCF39M1065726 | 2021 | Audi | Q3 | USED |
| 104880 | 2GNAXUEV4M6104880 | 2021 | Chevrolet | Equinox | USED |
| 126799 | 1GC1KXEG5JF126799 | 2018 | Chevrolet | Silverado 2500HD | USED |
| 147132 | 2GNAXUEV4M6147132 | 2021 | Chevrolet | Equinox | USED |
| 153665 | 2G1105SA4J9153665 | 2018 | Chevrolet | Impala | USED |
| 176716 | 5TDDZ3DC2HS176716 | 2017 | Toyota | Sienna | USED |
| 205554 | SHHFK7H43HU205554 | 2017 | Honda | Civic Hatchback | USED |
| 222342 | 2T3P1RFVXMC222342 | 2021 | Toyota | RAV4 | USED |
| 232842 | 5YFEPMAE2MP232842 | 2021 | Toyota | Corolla | USED |
| 244026 | 3GKALVEV7LL244026 | 2020 | GMC | Terrain | USED |
| 259882 | 5TFCZ5AN5MX259882 | 2021 | TOYOTA | TACOM TRD OR | USED |
| 272585 | 3C4PDCGB4LT272585 | 2020 | Dodge | Journey | USED |
| 293483 | 2C4RC1BG8GR293483 | 2016 | Chrysler | Town & Country | USED |
| 339302 | 4S4BSANC8H3339302 | 2017 | Subaru | Outback | USED |
| 412300 | 4T1G11AK5MU412300 | 2021 | Toyota | Camry | USED |

| 416915 | 1C4PJLLXXKD416915 | 2019 | Jeep | Cherokee | USED |
|--------|-------------------|------|------|----------|------|
| 421302 | 1FTEW1EG0KE421302 | 2019 | Ford | F-150 | USED |
| 442837 | NM0GS9F23L1442837 | 2020 | Ford | Transit Connect Wagon | USED |
| 465507 | JM1DKDB76L1465507 | 2020 | Mazda | CX-3 | USED |
| 468838 | 3GCPCREH8JG468838 | 2018 | Chevrolet | Silverado 1500 | USED |
| 543404 | 2C4RC1BG5MR543404 | 2021 | Chrysler | Pacifica | USED |
| 543808 | 1C6RR7LGXMS543808 | 2021 | Ram | 1500 Classic | USED |
| 546048 | 5NPD84LF4LH546048 | 2020 | Hyundai | Elantra | USED |
| 556281 | 3C4NJCABXMT556281 | 2021 | Jeep | Compass | USED |
| 632961 | 1C4PJMBX0LD632961 | 2020 | Jeep | Cherokee | USED |
| 652652 | 1C4PJLCB3LD652652 | 2020 | Jeep | Cherokee | USED |
| 693033 | 3C4NJDBB4HT693033 | 2017 | Jeep | Compass | USED |
| 700970 | KNDPM3AC4L7700970 | 2020 | Kia | Sportage | USED |
| 714597 | 3CZRU5H50JM714597 | 2018 | Honda | HR-V | USED |
| 866878 | 5YFBURHEXKP866878 | 2019 | Toyota | Corolla | USED |
| A04752 | 1FTEW1EG1JFA04752 | 2018 | Ford | F-150 | USED |
| A13698 | 1FTEW1EG0JFA13698 | 2018 | Ford | F-150 | USED |
| A15075 | 2FMPK4J90LBA15075 | 2020 | Ford | Edge | USED |
| A45150 | 1FMJU1JT9HEA45150 | 2017 | Ford | Expedition | USED |
| A63946 | 1FMCU0JX5GUA63946 | 2016 | Ford | Escape | USED |
| B57820 | 1FTEW1EG0JFB57820 | 2018 | Ford | F-150 | USED |
| C00295 | 2FMPK3J99JBC00295 | 2018 | Ford | Edge | USED |
| C11195 | 1FTEW1E51KKC11195 | 2019 | Ford | F-150 | USED |
| C78219 | 1FMCU9GD7JUC78219 | 2018 | Ford | Escape | USED |
| E12960 | 1FTEW1CP5KKE12960 | 2019 | Ford | F-150 | USED |
| E77729 | 1FTEW1CP9KKE77729 | 2019 | Ford | F-150 | USED |
| E93899 | 1FTEW1E58LKE93899 | 2020 | Ford | F-150 | USED |
| H12241 | WBA5R7C53KFH12241 | 2019 | BMW | 3 Series | USED |
| J80893 | 5UXKR6C56G0J80893 | 2016 | BMW | X5 | USED |
| 177573 | 1GNSKGKL3MR177573 | 2021 | Chevrolet | Suburban | USED DEMO |
| S39101 | 5UXCX4C55KLS39101 | 2019 | BMW | X7 | USED DEMO |

| | | |
|---|---|---|
| Walter Auto Loan Trust; Agoratrade, LLC; Agoratrade, LLC as Trust Manager and Beneficiary of the Walter Auto Loan Trust; and Agora Data, Inc., v. Stephanie Morris Nissan of Sedalia; Stephanie Morris Nissan of Durango, LLC; Stephanie Morris Nissan, LLC; Chad Morris; Stephanie Morris | District Court, Tarrant County, Texas 348th Judicial District<br><br>Case No.:  348-344178-23 | Breach of Contract \| Specific Performance<br><br>Pending |
| | c/o Christine M. Manzo Courthouse Tower 25th Floor 44 W Flagler Street Miami, FL 33130 | |
| Equity Bank v. Stephanie Morris Nissan, LLC; Stephanie Morris Nissan of Durango, LLC; Chad Morris; Stephanie Morris; Nissan Motor Acceptance Company, LLC; and TBF GRP | United States District Court, Western District of Missouri | Breach of Contract<br><br>Pending |
| | c/o Justin M. Nichols Kutak Rock LLP 2300 Main Street, Suite 800 Kansas City, MO 64108 | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Texas

**In re**      Stephanie Morris Nissan of Durango LLC

Case No. _____

**Debtor**                                          Chapter _____7_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.     Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................................................ $10,000.00

Prior to the filing of this statement I have received ................................................................. $10,000.00

Balance Due ............................................................................................................................ $0.00

2.     The source of the compensation paid to me was:

☑ Debtor              ☐ Other (specify)

3.     The source of compensation to be paid to me is:

☑ Debtor              ☐ Other (specify)

4.     ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.     In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.     Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.     Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.     Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.     By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| 02/01/2024 | /s/ Robert T DeMarco |
| *Date* | Robert T DeMarco |
| | *Signature of Attorney* |

Bar Number: 24014543
DeMarco Mitchell, PLLC
500 N. Central Expressway Suite 500
Plano, TX 75074
Phone: (972) 578-1400

DeMarco Mitchell, PLLC
*Name of law firm*

Date:      02/01/2024                            /s/ Chad Morris

**Chad Morris**

1st Respond First Aid
P.O. BOX 3571
Grand Junction, CO 81502

Abe Tex Hauling
670 LOUIS HANNAH BLVD
Round Rock, TX 78664

Agora Data, Inc.
c/o Christine M. Manzo
Courthouse Tower 25th Floor
44 W Flagler Street
Miami, FL 33130

Agoratrade, LLC
c/o Christine M. Manzo
Courthouse Tower 25th Floor
44 W Flagler Street
Miami, FL 33130

Ally Bank
P.O. Box 653074
Dallas, TX 75265-3074

ALSCO
PO Box 1288
Farmington, NM 87499

Amazon
410 Terry Avenue N.
Seattle, WA 98109

American Express
Correspondence/Bankruptcy
PO Box 981535
El Paso, TX 79998-1535

American Telcom
1460 FLORIDA RD
Durango, CO 81301


American Tire Distributors
PO Box 741443
Los Angeles, CA 90074-1443


Anthony Lucero
c/o Joseph Azbell
114 N. Spruce Street, 100
Grand Junction, CO 81501


Attorney General of Texas
OAG/CSD/Mail Code 38
PO Box 12017
Austin, TX 78711-2017


Attorney General of the
United States
Main Justice Bldg., Rm. 5111
10th & Constitution Ave. N.W.
Washington, DC 20503

Auto Brite
P.O. BOX 91297
Albuquerque, NM 87199-1297


Autozone
P.O. Box 791409
Baltimore, MD 21279-1409


Bessai Parmach
c/o Joseph Azbell
114 N. Spruce Street, 100
Grand Junction, CO 81501

Bob's Truck Parts & Hoses
434 TURNER DR., UNIT 4
Durango, CO 81301


Brantley BG Distributing
2214 SANFORD DR., #3
Grand Junction, CO 81505


Carfax
16630 COLLECTION CENTER DRIVE
Chicago, IL 60693


Carsforsale.com
PO Box 91537
Sioux Falls, SD 57109


Cascade Bottled Water
214 S FAIRVIEW AVE
Farmington, NM 87401


Chad Morris
3815 NW Pkwy.
Dallas, TX 75225


Christen White
7245 LA CANTERA DRIVE
Fort Worth, TX 76108


Cole Group
P.O. Box 4458
Houston, TX 77210-4458

Colorado Civil Rights Division
1560 Broadway, Suite 825
Denver, CO 80202

Dash-Topper
615 W KNOX ROAD
Tempe, AZ 85284

Dealer Alchemist
9233 PARK MEADOWS DRIVE
Lone Tree, CO 80124

Dealertrack
P.O. BOX 6129
New York, NY 10249-6129

Donald Justin Alston
PO Box 34
Ignacio, CO 81137

Durango Motor Company
1200 CARBON JUNCTION
Durango, CO 81301

Durango Premier Auto Care
138 BODO DR
Durango, CO 81303

Durango Truck Accessories
29465 HWY 160 E
Durango, CO 81301

Fastenal Company
PO Box 978
Winona, MN 55987-0978

Fixed Ops Digital
5340 S QUEBEC ST
Englewood, CO 80111

FMF
800 W Yamato Dr.
Boca Raton, FL 33431

Foundation Direct
PO Box 4833
Ashburn, VA 20148

Fuelman
PO Box 70887
Charlotte, NC 28272-0887

HooDoo Glass
1210 N NUTTON AVE. SUITE C
Farmington, NM 87402

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service -
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Interstate Battery
2486 COMMERCE BLVD # D
Grand Junction, CO 81505


IPD Agency
4042 PARK OAKS BLVD, SUITE 420
Tampa, FL 33610


J&T Distributing
550 E ANIMAS ST
Farmington, NM 87401


Jacco Distributing
14055 ROAD 21 3
Cortez, CO 81321


Jimbos Towing
PO Box 1368
Durango, CO 81303


Kian Khalooghli
c/o Joseph Azbell
114 N. Spruce Street, 100
Grand Junction, CO 81501


La Plata Electric Assoc.
PO Box 2750
Durango, CO 81302


LKQ Central
1355 W 52ND AVE
Denver, CO 80221

Lucero, Debra
128 CR 516
81137


Madison Advance
83 Wooster Hts
Danbury, CT 06810-7548


Max Digital, LLC
833 W JACKSON BLVD., SUITE 200
Chicago, IL 60607


Mechanical Breakdown
Protection
250 NE MULBERRY STREET
Lees Summit, MO 64086


Morehart Murphy Regional
Auto Center
31 Parker Avenue
Durango, CO 81303


Stephanie Morris
3815 NW Pkwy
Dallas, TX 75225


Mutual of Omaha
PAYMENT PROCESSING CENTER
Omaha, NE 68103-2147


NAPA Auto Parts
PO Box 1367
Durango, CO 81302

Nissan Motor Acceptance
8900 Freeport Pkwy
Irving, TX 75063

Nissan Motor Corp
4400 REGENT BLVD
Irving, TX 75063

Nissan North America, Inc.
18501 S. Figueroa St.
Gardena, CA 90248

NMAC's Bankruptcy
Department
PO Box 660366
Dallas, TX 75266-0366

O'Reilly Auto Stores
P.O. BOX 9464
Springfield, MO 65801-9464

Office of the Attorney General
Bankruptcy-Collections Division
Po Box 12548
Austin, TX 78711-2548

Office of the United States
Trustee
903 San Jacinto Blvd Ste 230
Austin, TX 78701-2450

Reynolds & Reynolds
PO Box 182206
Columbus, OH 43218-2206

Roxanna Sinnig
2511 Delwood Avenue
Durango, CO 81301


Sandra Crow
c/o Nicholas H. Mattison
300 Central Ave. SW, Ste. 2000W
Albuquerque, NM 87102


SEC
100 F Street
Washington, DC 20549


Security Service FCU
15000 IH 10 West
San Antonio, TX 78249


Stephanie Morris
3815 NW Pkwy
Dallas, TX 75225


Stephanie Morris Nisssan LLC
3600 S. Limit Ave.
Sedalia, MO 65301


Stone Eagle F&I
PO Box 122264
Dallas, TX 75312


Texas Alcoholic Beverage
Commission
License and Permits Division
Po Box 13127
Austin, TX 78711-3127

Texas Attorney General's
Office
Bankruptcy Collection Division
PO Box 12548
Austin, TX 78711-2548

Texas Comptroller of Public
Accounts
PO Box 12548, MC-008
Austin, TX 78711-2548

Texas Comptroller of Public
Accounts
Bankruptcy Section
Po Box 13528
Austin, TX 78711-3528

Texas Workforce Commission
TEC Building Tax Dept.
101 E. 15th Sreet
Austin, TX 78778

Texas Workforce Commission
TEC Building - Bankruptcy
101 E 15th St
Austin, TX 78778-1442

The Cowboy Coffee Company
PO Box 1331
Cortez, CO 81321

Triple Threat
P.O. Box 129
Seneca, SC 29679

True Business Funding
301 Mill Rd.
Hewlett, NY 11557

U.S. Dept. of HUD
1600 Throckmorton St
Fort Worth, TX 76102-6600

U.S. Dept. of Veterans Affairs
Regional Office, Finance Section (24)
701 Clay Ave
Waco, TX 76799-0001

U.S. Small Business
Administration
4300 Amon Carter Blvd Suite 114
Fort Worth, TX 76155

United States Attorney
110 North College Ave, Ste. 700
Tyler, TX 75702-0204

United States Attorney
110 North College Ave. Ste. 700
Tyler, TX 75702-0204

United States Trustee
110 North College Ave., Ste. 300
Tyler, TX 75702-7231

UPS
PO Box 650116
Dallas, TX 75265-0116

VIN Solutions
PO Box 935595
Atlanta, GA 31193-5595

Walter Auto Loan Trust
c/o Christine M. Manzo
Courthouse Tower 25th Floor
44 W Flagler Street
Miami, FL 33130

Warranty Processing, Inc.
777 INTERNATIONAL PARKWAY
Flower Mound, TX 75022

WPL Transportation
PO Box 150147
Ogden, UT 84415-0147

ZIA Delivery & Courier
2777 HARVARD DR
Farmington, NM 87402

Zircon Container Co.
PO Box 2675
Durango, CO 81302-2675

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

IN RE: **Stephanie Morris Nissan of Durango
LLC**

CASE NO

CHAPTER **7**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date ____02/01/2024____      Signature _____/s/ Chad Morris_____
                                                              Chad Morris, COO